**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| George von Brugger, | Civil No.13-cv-00005-JNE-FLN |
| Plaintiff, | |
| vs. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JANI-KING INC.** |
| Jani-King of Minnesota, Inc., Jani-King Inc., and Jani-King International, Inc., | |
| Defendants. | |

---

Jani-King Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Jani-King Inc. have a parent corporation?

    ☒ Yes    ☐ No

    If yes, the parent corporation is:  Jani-King International, Inc.

2. Is 10% or more of the stock of Jani-King Inc. owned by a publicly held corporation?

    ☐ Yes    ☒ No

    If yes, identify all such owners:   N/A                          .

Dated: February 7, 2013              FAEGRE BAKER DANIELS LLP

<u>s/ Colton D. Long</u>
Charles F. Knapp, #220371
 *chuck.knapp@FaegreBD.com*
Colton D. Long,  #0393240
 *colton.long@FaegreBD.com*

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
(612) 766-7000

Attorneys for Defendants

2

dms.us.51551333.01