## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| George von Brugger, | Civil No.13-cv-00005-JNE-FLN |
| Plaintiff, | |
| vs. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JANI-KING INTERNATIONAL, INC.** |
| Jani-King of Minnesota, Inc., Jani-King Inc., and Jani-King International, Inc., | |
| Defendants. | |

Jani-King International, Inc. makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1.  Does Jani-King International, Inc. have a parent corporation?

    ☒ Yes     ☐ No

    If yes, the parent corporation is: JAC Holdings, LLC

2.  Is 10% or more of the stock of Jani-King International, Inc. owned by a publicly held corporation?

    ☐ Yes     ☒ No

    If yes, identify all such owners:   N/A                    .

2

| | |
|---|---|
| Dated:  February 7, 2013 | FAEGRE BAKER DANIELS LLP |
| | |
| | s/ Colton D. Long |
| | Charles F. Knapp, #220371 |
| | *chuck.knapp@FaegreBD.com* |
| | Colton D. Long,  #0393240 |
| | *colton.long@FaegreBD.com* |
| | |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, MN  55402-3901 |
| | (612) 766-7000 |
| | |
| | Attorneys for Defendants |

dms.us.51551337.01