IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE VON BRUGGER, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JANI-KING OF MINNESOTA, INC., JANI-KING, INC. and JANI-KING INTERNATIONAL, INC.,<br><br>Defendants. | §§§§§§§§§§§§§ | Civil Action No. 3:13-cv-02029-O |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, George von Brugger, and Defendants, Jani-King of Minnesota, Inc., Jani-King International, Inc., and Jani-King, Inc., by counsel, hereby stipulate to the dismissal of all claims in this action and this action in its entirety, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: April 24, 2014

Respectfully submitted,

*/s/ Eric D. Satre*
Eric D. Satre
Minn. Bar #183015[1]
JONES SATRE & WEIMER PLLC
7900 Xerxes Avenue South
820 Wells Fargo Plaza
Bloomington, MN 55431
Phone: (952) 820-8400
E-mail: esatre@jonessatre.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Carrie B. Hoffman*
Carrie B. Hoffman
Texas Bar No. 00787701
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, TX 75201
Telephone: (214) 999-4262
Facsimile: (214) 999-3262
E-mail: choffman@gardere.com

**ATTORNEYS FOR DEFENDANTS**

---

[1] Counsel has not sought *pro hac vice* admission before this Court because the parties have agreed to dismiss this case with prejudice.